No. 662. EMPIRE ENGINEERING COMPANY *v.* WHITE, GRATWICK AND MITCHELL, INC. Error to the Supreme Court of the State of New York. Motion to dismiss submitted April 12, 1926. Decided April 19, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *California Powder Works* v. *Davis & Co.,* 151 U. S. 389; *Gaar, Scott & Co.* v. *Shannon,* 223 U. S. 469, 470; *Consolidated Turnpike Co.* v. *Norfolk & Ocean View R. R. Co.,* 228 U. S. 596, 599; *Yazoo & Mississippi Valley R. R. Co.* v. *Brewer,* 231 U. S. 245, 249; *Cuyahoga River Power Co.* v. *Northern Realty Co.,* 244 U. S. 300, 303; *Municipal Securities Corporation* v. *Kansas City,* 246 U. S. 63, 69; *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Farson, Son & Co.* v. *Bird,* 248 U. S. 268, 271. *Mr. Laurence E. Coffey* for defendant in error, in support of the

motion. *Mr. Adelbert Moot* and *Helen Z. M. Rodgers* for plaintiff in error, in opposition thereto.